| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HAMILTON _____ COURT |
| | ) SS: | |
| COUNTY OF HAMILTON | ) | CAUSE NO. |

| | |
|---|---|
| JON PLUMMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BILL DITTMER and | ) |
| BILL DITTMER TRUCKING, INC. | ) |
| | ) |
| Defendant. | ) |

## APPEARANCE FORM (CIVIL)
### Initiating Party

1. Name of first initiating party:  **Jon Plummer**

2. Telephone of *pro se* responding party:  **N/A**

3. Attorney information:
   **Robert T. Dassow, #15145-64**         **Phone:  317-818-3100**
   **HOVDE DASSOW & DEETS, LLC**            **Fax:    317-818-3111**
   **Meridian Tower, Suite 500**
   **10201 N. Illinois Street**
   **Indianapolis, IN 46290**

4. Case Type requested: **Tort**

5. Will accept FAX service:  **NO**

6. Social Security number of all family members in proceedings involving support issues:  **N/A**

7. Are there related cases?  **NO**

8. Additional information required by state or local rule:  **NONE**

                                HOVDE DASSOW & DEETS, LLC

                                By:__s/Robert T. Dassow_____
                                    Robert T. Dassow, #15145-64
                                    *Attorney for Plaintiff*

| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE HAMILTON _____ COURT | |
| | ) SS: | | |
| COUNTY OF HAMILTON | ) | CAUSE NO. | |

| | |
|---|---|
| JON PLUMMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BILL DITTMER and | ) |
| BILL DITTMER TRUCKING, INC. | ) |
| | ) |
| Defendant. | ) |

**APPEARANCE FORM (CIVIL)**
Initiating Party

1. Name of first initiating party: **Jon Plummer**

2. Telephone of *pro se* responding party: **N/A**

3. Attorney information:
   **Tyler J. Zipes, #35081-49**            Phone: 317-818-3100
   **HOVDE DASSOW & DEETS, LLC**            Fax:   317-818-3111
   **Meridian Tower, Suite 500**
   **10201 N. Illinois Street**
   **Indianapolis, IN 46290**

4. Case Type requested: **Tort**

5. Will accept FAX service: **NO**

6. Social Security number of all family members in proceedings involving support issues: **N/A**

7. Are there related cases? **NO**

8. Additional information required by state or local rule: **NONE**

HOVDE DASSOW & DEETS, LLC

By: __s/Tyler J. Zipes_____
      Tyler J. Zipes, #35081-49
      *Attorney for Plaintiff*

| STATE OF INDIANA | ) | IN THE HAMILTON _____ COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF HAMILTON | ) | CAUSE NO. 29D01- |

JON PLUMMER,                          )
                                      )
        Plaintiff,                    )
                                      )
    v.                                )
                                      )
BILL DITTMER and                      )
BILL DITTMER TRUCKING, INC.           )
                                      )
        Defendant.                    )

## PLAINTIFF'S COMPLAINT FOR DAMAGES

Plaintiff Jon Plummer, by counsel, for his Complaint for Damages against the Defendants, Bill Dittmer and Bill Dittmer Trucking, Inc., alleges and states as follows:

1. The Plaintiff, Jon Plummer ("Plummer"), is a resident of Anderson, Indiana.

2. The Defendant, Bill Dittmer ("Dittmer"), is a resident of Madison, Maine.

3. The Defendant, Bill Dittmer Trucking, Inc. ("Dittmer Trucking"), is a Delaware corporation authorized to do business in Indiana.

4. On December 11, 2020, Plummer was parked in his vehicle on the right shoulder of Interstate 69, facing northbound, in Fishers, Indiana.

5. At the same time, Dittmer, while in the course and scope of his employment with Dittmer Trucking, was traveling northbound on Interstate 69, in Fishers, Indiana, operating a commercial truck owned by Dittmer Trucking.

6. While Plummer was parked well off the roadway, Dittmer crossed his truck over the solid white line and crashed into the driver's side of Plummer's vehicle.

7. Dittmer's conduct, which occurred in the course and scope of his employment with

Dittmer Trucking, was negligent and/or in violation of state and federal law constituting negligence per se.

8. As a result of the Defendants' negligence and/or negligence per se, Plummer suffered physical and emotional injuries, has experienced and will in the future experience pain and suffering, has incurred and will in the future incur medical expenses for his care and treatment, and has suffered other compensable damages, including but not limited to the inability to function as a whole person.

WHEREFORE, Plaintiff Jon Plummer, by counsel, respectfully requests that judgment be entered in his favor in an amount to be proven at trial and for all other relief proper in the premises.

HOVDE DASSOW & DEETS LLC

By /s/ Robert T. Dassow
    Robert T. Dassow, #15145-64
    Tyler J. Zipes, #35081-49

## JURY DEMAND

The Plaintiffs, by counsel, respectfully request trial by jury.

HOVDE DASSOW & DEETS LLC

By /s/ Robert T. Dassow
    Robert T. Dassow, #15145-64
    Tyler J. Zipes, #35081-49

STATE OF INDIANA           )           IN THE HAMILTON SUPERIOR COURT I
                           )  SS:
COUNTY OF HAMILTON         )           CAUSE NO. 29D01-_____

Jon Plummer

PLAINTIFF

vs.

Bill Dittmer and Bill Dittmer Tucking, Inc.

DEFENDANT

## SUMMONS

TO DEFENDANT: (Name)           **Bill Dittmer**
                               7 Hazel Street
                               Madison, ME   04950

    You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.
    The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.
    An answer or other appropriate response in writing to the Complaint must be filed either by you or your Attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.
     If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated  1/25/2022                                    _Kathy Kreag Williams_
                                                    Clerk, Hamilton Court

Robert T. Dassow
Attorney for Plaintiff, Attorney Number
HOVDE DASSOW & DEETS, LLC
10201 N. Illinois Street, Suite 500
Address
Indianapolis, IN 46290

317/818-3100
Telephone

The following manner of service of Summons is hereby designated:
        X    Registered or **Certified Mail**
              Service on individual at above address: County _____
              Service on agent: (specify) _____
              Service by Publication

[SEAL: HAMILTON CIRCUIT COURT, INDIANA]

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____ ,20___ ,I mailed a copy of this Summons and a copy of the Complaint to the Defendant _____ by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated _____

_____
Clerk Hamilton County Courts

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the Complaint mailed to the Defendant, was accepted an the ____ day of _____ ,20___ .
I hereby certify that the attached return receipt was received by me on the _____ day of _____ , 20___ , showing that the summons and a copy of the Complaint was returned not accepted;
I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant, was accepted by _____ (age) _____ on behalf of said Defendant on the _____ day of _____ ,20___ .

_____
Clerk Hamilton County Courts

## SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached thereto were received by me at _____ .

Dated _____     _____
                          Signature of Defendant

## RECEIPT OF SERVICE OF SUMMONS

I hereby certify that I have served the within Summons:
(1) By delivering a copy of the Summons and a copy of the Complaint to the Defendant on the _____ day of _____ ,20___ .
(2) By leaving a copy of the Summons and a copy of the Complaint:
    a) at the dwelling place or usual place of abode of the Defendant
    b) with a person of suitable age and discretion residing therein, namely _____ and by mailing a copy of the Summons to the Defendant, by first class mail, to the address listed and the Summons, the last known address of the Defendant.

_____
Sheriff of Hamilton County, Indiana
By:_____

| STATE OF INDIANA | ) | IN THE HAMILTON SUPERIOR COURT I |
|---|---|---|
| | ) SS: | |
| COUNTY OF HAMILTON | ) | CAUSE NO. 29D01-_____ |

Jon Plummer_____

_____
PLAINTIFF

vs.

Bill Dittmer and Bill Dittmer Tucking, Inc._____

_____
DEFENDANT

## SUMMONS

TO DEFENDANT: (Name)  **Bill Dittmer Trucking, Inc.**
**c/o Corporation Service Company**
**45 Memorial Cir**
**Augusta, ME  04330**

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your Attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated____1/25/2022_____     ___*Kathy Kreag Williams*_____
                                         Clerk, Hamilton _____ Court _____

Robert T. Dassow_____
Attorney for Plaintiff, Attorney Number
HOVDE DASSOW & DEETS, LLC_____
10201 N. Illinois Street, Suite 500_____
Address
Indianapolis, IN 46290_____

317/818-3100_____
Telephone

The following manner of service of Summons is hereby designated:
    __X__Registered or **Certified Mail**
    _____Service on individual at above address: County _____
    _____Service on agent: (specify) _____
    _____Service by Publication


## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of_____,20___,I mailed a copy of this Summons and a copy of the Complaint to the Defendant _____by _____mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated _____

_____
Clerk Hamilton County Courts

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the Complaint mailed to the Defendant, was accepted an the ____day of _____,20___.

1 hereby certify that the attached return receipt was received by me on the _____ day of_____, 20___, showing that the summons and a copy of the Complaint was returned not accepted;

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant, was accepted by _____(age) _____on behalf of said Defendant on the _____ day of _____,20___.

_____Clerk
Hamilton County Courts

## SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached thereto were received by me at _____.

Dated _____        _____
                                Signature of Defendant

## RECEIPT OF SERVICE OF SUMMONS

I hereby certify that I have served the within Summons:
(1) By delivering a copy of the Summons and a copy of the Complaint to the Defendant on the _____day of _____,20___.
(2) By leaving a copy of the Summons and a copy of the Complaint:
    a) at the dwelling place or usual place of abode of the Defendant
    b) with a person of suitable age and discretion residing therein, namely _____ and by mailing a copy of the Summons to the Defendant, by first class mail, to the address listed and the Summons, the last known address of the Defendant.

_____
Sheriff of Hamilton County, Indiana
By:_____

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HAMILTON SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF HAMILTON | ) | CAUSE NO. 29D01-2201-CT-000559 |

| | |
|---|---|
| JON PLUMMER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| BILL DITTMER and | ) |
| BILL DITTMER TRUCKING, INC. | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF ISSUANCE OF SUMMONS

Plaintiff, Jon Plummer, by counsel, hereby shows the Court as follows:

A Complaint for Damages, Appearance by Attorney and Summonses were filed on January 25, 2022 and were served by Certified Mail, Return Receipt Requested upon the following Defendant on January 25, 2022:

Bill Dittmer
7 Hazel Street
Madison, ME  04950
[Tracking No.  9414726699042181059896]

Bill Dittmer Trucking, Inc.
c/o Corporation Service Company
45 Memorial Cir
Augusta, ME  04330
[Tracking No.  9414726699042181060779]

              HOVDE DASSOW & DEETS, LLC

         By: *s/Robert T. Dassow*
            Robert T. Dassow, #15145-64
            Tyler J. Zipes, #35081-49
            10201 N. Illinois Street, Suite 500
            Indianapolis, IN 46290
            Telephone: (317) 818-3100
            Facsimile: (317) 818-3111

            *Attorney for Plaintiffs*

| | | |
|---|---|---|
| STATE OF INDIANA | ) | HAMILTON SUPERIOR COURT 1 |
| | ) SS: | |
| COUNTY OF HAMILTON | ) | CAUSE NO.: 29D01-2201-CT-000559 |

JON PLUMMER, )
)
        Plaintiff, )
)
vs. )
)
BILL DITTMER and )
BILL DITTMER TRUCKING, INC., )
)
        Defendants. )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:    **Defendants**

    1.   The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):
        **Bill Dittmer and Bill Dittmer Trucking, Inc.**

    2.   Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

        Christopher R. Whitten, Attorney No.  20429-49
        Matthew K. Phillips, Attorney No.  28724-49
        WHITTEN LAW OFFICE LLC
        6801 Gray Road, Suite H
        Indianapolis, IN 46237
        (317) 362-0225 Telephone
        (317) 362-0151 Facsimile
        cwhitten@indycounsel.com
        mphillips@indycounsel.com

    3.   There are other party members:  No.

    4.   If first initiating party filing this case, the Clerk is required to assign this case the following Case Type under Administrative Rule 8(b)(3):  N/A.

    5.   I will accept service by FAX at the above noted number:  No.

    6.   This case involves support issues.  No.  (If yes, supply social security number for all family members).

7. There are related cases: No.

8. This form has been served on all other parties. Certificate of Service is attached: Yes.

9. Additional information required by local rule: N/A.

Respectfully submitted,

WHITTEN LAW OFFICE LLC

_____
Christopher R. Whitten/20429-49

_____
Matthew K. Phillips/28724-49
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

On February 15, 2022, I electronically served and/or filed the foregoing document through the Court's ECF system on the following:

Robert T. Dassow, Esq.
Tyler J. Zipes, Esq.
HOVDE DASSOW & DEETS LLC
RDassow@hovdelaw.com
TZipes@hovdelaw.com

_____
Christopher R. Whitten

WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317-362-0225
Fax:   317-362-0151
cwhitten@indycounsel.com
mphillips@indycounsel.com

2

| | | |
|---|---|---|
| STATE OF INDIANA | ) SS: | HAMILTON SUPERIOR COURT 1 |
| COUNTY OF HAMILTON | ) | CAUSE NO.: 29D01-2201-CT-000559 |

| | |
|---|---|
| JON PLUMMER, | ) |
| Plaintiff, | ) |
| vs. | ) |
| BILL DITTMER and BILL DITTMER TRUCKING, INC., | ) |
| Defendants. | ) |

## MOTION FOR ENLARGEMENT OF TIME

Defendants, Bill Dittmer and Bill Dittmer Trucking, Inc. ("Defendants"), by counsel, respectfully request the Court for an enlargement of time of 30 days to respond to the Complaint ("Complaint") of Plaintiff, Jon Plummer, and in support thereof, state as follows:

1. On or about January 28, 2022, Defendant, Bill Dittmer Trucking, Inc., was served with a copy of the Summons and Complaint via certified mail.

2. On or about January 31, 2022, Defendant, Bill Dittmer, was served with a copy of the Summons and Complaint via certified mail.

3. The time for Defendants to respond to Plaintiff's Complaint has not yet expired.

4. Counsel for Defendants requires additional time to confer with his clients and to prepare an appropriate response to the Complaint.

5. No prior enlargement of time has been requested or obtained.

WHEREFORE, Defendants, Bill Dittmer and Bill Dittmer Trucking, Inc., by counsel, respectfully request the Court for an enlargement of time of 30 days

up to and including March 22, 2022, in which to respond to the Complaint and for all other just and proper relief.

<div style="text-align: right;">

Respectfully submitted,

WHITTEN LAW OFFICE LLC

_____
Christopher R. Whitten/20429-49

_____
Matthew K. Phillips/28724-49
*Counsel for Defendants*

</div>

**CERTIFICATE OF SERVICE**

On February 15, 2022, I electronically served and/or filed the foregoing document through the Court's ECF system on the following:

Robert T. Dassow, Esq.
Tyler J. Zipes, Esq.
HOVDE DASSOW & DEETS LLC
RDassow@hovdelaw.com
TZipes@hovdelaw.com

_____
Christopher R. Whitten

WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317-362-0225
Fax:  317-362-0151
cwhitten@indycounsel.com
mphillips@indycounsel.com

2

| | | |
|---|---|---|
| STATE OF INDIANA ) | | HAMILTON SUPERIOR COURT 1 |
| ) SS: | | |
| COUNTY OF HAMILTON ) | | CAUSE NO.: 29D01-2201-CT-000559 |

JON PLUMMER, )
                                                    )
        Plaintiff, )
                                                    )
   vs. )
                                                    )
BILL DITTMER and )
BILL DITTMER TRUCKING, INC., )
                                                    )
       Defendants. )

**FILED** February 15, 2022
CLERK OF THE HAMILTON CIRCUIT COURT

## ORDER ON DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

This matter came before the Court on Defendants' Motion for Enlargement of Time to Answer Complaint. The Court having been first duly advised, now **GRANTS** the Motion.

IT IS THEREFORE ORDERED that Defendants, Bill Dittmer and Bill Dittmer Trucking, Inc., shall have up to and including March 22, 2022, in which to respond to Plaintiff's Complaint.

Date: February 15, 2022

_____
Judge, Hamilton Superior Court 1

Copies to:

| | |
|---|---|
| Robert T. Dassow, Esq. | Christopher R. Whitten, Esq. |
| Tyler J. Zipes, Esq. | Matthew K. Phillips, Esq. |
| HOVDE DASSOW & DEETS LLC | WHITTEN LAW OFFICE LLC |
| RDassow@hovdelaw.com | cwhitten@indycounsel.com |
| TZipes@hovdelaw.com | mphillips@indycounsel.com |

Bill Dittmer - first class mail
2/15/22 js

| | | |
|---|---|---|
| STATE OF INDIANA | ) SS: | HAMILTON SUPERIOR COURT 1 |
| COUNTY OF HAMILTON | ) | CAUSE NO.: 29D01-2201-CT-000559 |

JON PLUMMER,                              )
                                          )
          Plaintiff,                      )
                                          )
   vs.                                    )
                                          )
BILL DITTMER and                          )
BILL DITTMER TRUCKING, INC.,              )
                                          )
          Defendants.                     )

**ANSWER, AFFIRMATIVE DEFENSES AND DEMAND FOR TRIAL BY JURY**

Defendants Bill Dittmer ("Bill") and Bill Dittmer Trucking, Inc. ("Dittmer Trucking") (collectively "Defendants") answer Plaintiff's Complaint for Damages, state their Affirmative Defenses, and submit their Jury Trial Demand as follows:

**ANSWER**

1. The Plaintiff, Jon Plummer ("Plummer"), is a resident of Anderson, Indiana.

**ANSWER:   Defendants are without sufficient information to admit or deny the allegations in Paragraph 1 of Plaintiff's Complaint for Damages.**

2. The Defendant, Bill Dittmer ("Dittmer"), is a resident of Madison, Maine.

**ANSWER:   Defendants admit the allegations in Paragraph 2 of Plaintiff's Complaint for Damages.**

3. The Defendant, Bill Dittmer Trucking, Inc. ("Dittmer Trucking"), is a Delaware corporation authorized to do business in Indiana.

**ANSWER: Defendants deny the allegations in Paragraph 3 of Plaintiff's Complaint for Damages.**

4. On December 11, 2020, Plummer was parked in his vehicle on the right shoulder of Interstate 69, facing northbound, in Fishers, Indiana.

**ANSWER: Defendants admit the allegations in Paragraph 4 of Plaintiff's Complaint for Damages.**

5. At the same time, Dittmer, while in the course and scope of his employment with Dittmer Trucking, was traveling northbound on Interstate 69, in Fishers, Indiana, operating a commercial truck owned by Dittmer Trucking.

**ANSWER: Defendants admit the allegations in Paragraph 5 of Plaintiff's Complaint for Damages.**

6. While Plummer was parked well off the roadway, Dittmer crossed his truck over the solid white line and crashed into the driver's side of Plummer's vehicle.

**ANSWER: Defendants deny the allegations in Paragraph 6 of Plaintiff's Complaint for Damages.**

7. Dittmer's conduct, which occurred in the course and scope of his employment with Dittmer Trucking, was negligent and/or in violation of state and federal law constituting negligence per se.

**ANSWER: Defendants deny the allegations in Paragraph 7 of Plaintiff's Complaint for Damages.**

8. As a result of the Defendants' negligence and/or negligence per se, Plummer suffered physical and emotional injuries, has experienced and will in

the future experience pain and suffering, has incurred and will in the future incur medical expenses for his care and treatment, and has suffered other compensable damages, including but not limited to the inability to function as a whole person.

**ANSWER: Defendants deny the allegations in Paragraph 8 of Plaintiff's Complaint for Damages.**

### AFFIRMATIVE DEFENSES

1. Plaintiff Jon Plummer's negligence exceeds fifty percent (50%) of the total fault attributable for this incident, thereby barring recovery.

2. Subject to further discovery, in the alternative, in the event that it is established that the causal negligence of Plaintiff, Jon Plummer is 50% or less, Defendants hereby assert that the amount of Plaintiff's damages should be diminished in proportion to the amount of causal negligence attributable to Jon Plummer.

3. Subject to further discovery, Plaintiff may have failed to mitigate his damages.

4. Subject to further discovery, Plaintiff may have received payments from other sources that constitute a collateral source set-off.

5. Defendants hereby specifically deny any and all allegations in the Plaintiff's Complaint for Damages that were not specifically admitted.

WHEREFORE, Defendants request that Plaintiff takes nothing by way of his Complaint for Damages and for all other just and proper relief in the premises.

## **DEMAND FOR TRIAL BY JURY**

Defendants request this matter be tried by a jury as to all issues.

Respectfully submitted,

WHITTEN LAW OFFICE LLC

_____
Christopher R. Whitten/20429-49

_____
Matthew K. Phillips/28724-49
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

On March 22, 2022, I electronically served and/or filed the foregoing document through the Court's ECF system on the following:

Robert T. Dassow, Esq.
Tyler J. Zipes, Esq.
HOVDE DASSOW & DEETS LLC
RDassow@hovdelaw.com
TZipes@hovdelaw.com

_____
Christopher R. Whitten

WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:   317-362-0225
Fax:  317-362-0151
cwhitten@indycounsel.com
mphillips@indycounsel.com

4

FILED
March 23, 2022
CLERK OF THE HAMILTON
CIRCUIT COURT

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HAMILTON SUPERIOR COURT NO. 1 |
| | ) SS: | |
| COUNTY OF HAMILTON | ) | CAUSE NO. 29D01-2201-CT-000559 |
| | | |
| JON PLUMMER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BILL DITTMER and | ) | |
| BILL DITTMER TRUCKING, INC. | ) | |
| Defendants. | ) | |

## JUDGE'S ENTRY OF MARCH 22, 2022

Plaintiff's and Defendants' request for Jury trial is hereby granted. Court now sets this matter for a telephonic pre-trial conference for the **1** day of **August**, 20**22** at **8:30** **a** m. Parties are directed to call into the conference line at (317) 776-9656 and use code **59951**.

**SO ORDERED.**

_____
MICHAEL A. CASATI, Judge
Hamilton Superior Court No. 1

DISTRIBUTION:
See CCS

**Copy to Bill Dittmer via 1st class mail. ss**