UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISON

| | |
|---|---|
| JON PLUMMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 1:22-cv-578-SEB-MJD |
| | ) |
| BILL DITTMER and | ) |
| BILL DITTMER TRUCKING, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court on the Stipulation of Dismissal with Prejudice of Plaintiff's Complaint.

IT IS THEREFORE ORDERED that the Complaint of Plaintiff, Jon Plummer, is dismissed with prejudice, costs paid.

Date: 10/13/2022

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to counsel of record via CM/ECF